# MANDATE

S.D.N.Y. – N.Y.C.
17-cv-6903
Sullivan, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of February, two thousand twenty-six.

Present:
> Amalya L. Kearse,
> Eunice C. Lee,
> > *Circuit Judges*,
> Eric Ross Komitee,
> > *District Judge.* *

---

In re Charles Oakley,                                                                           25-2973

> > *Petitioner.*

---

Petitioner has filed a petition for a writ of mandamus. Upon due consideration, it is hereby ORDERED that the petition is DENIED because Petitioner has not demonstrated that his right to the writ is "clear and indisputable" or that granting the writ is appropriate under the circumstances. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004); *see also Wisdom Imp. Sales Co. v. Labatt Brewing Co.*, 339 F.3d 101, 113 (2d Cir. 2003) ("We have previously defined 'irreparable harm' as certain and imminent harm for which a monetary award does not adequately compensate.").

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

_____

* Judge Eric Ross Komitee, of the United States District Court for the Eastern District of New York, sitting by designation.

**MANDATE ISSUED ON 03/13/2026**